Cite as 2022 Ark. 56

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS - CRIMINAL | **Opinion Delivered** March 03, 2022 |

## PER CURIAM

Effective March 3, 2022, the following persons are appointed to the Arkansas Supreme Court Committee on Model Jury Instructions – Criminal for three-year terms that expire on March 3, 2025: Judge Mike Medlock of Van Buren, Erin Cassinelli of Little Rock, David Raupp of Little Rock, Judge Alex Guynn of Pine Bluff, Caitlin Bennett of Little Rock, David Ethredge of Mountain Home, Robbie Golden of Little Rock, and Jeff Rosenzweig of Little Rock. The Court expresses its appreciation to each of these members for his or her willingness to serve on this important committee.

The Court also expresses its appreciation to the following outgoing members whose service on the committee and to the Court is now completed: Judge Tonya Alexander, Bill Bristow, Louis Loyd, Larry D. Kissee, and Judge Herb Wright.